IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF<br><br>ROY L. HANCOCK | )<br>)<br>)<br>)    MISC. CASE NO. 5:13-00325-JMC<br>) |

**ORDER FOR ENTRY ON PREMISES
TO SEIZE PROPERTY, TO INVENTORY SEIZED PROPERTY, AND
TO CONDUCT A DISTRAINT SALE OF SEIZED PROPERTY**

Upon application of the United States, on behalf of its agency, the Internal Revenue Service ("IRS"), for an Order authorizing IRS Revenue Officer Walter Hayes and/or other designated employees of the IRS to enter the premises owned and occupied by Roy L. Hancock, located at 247 Benchwood Drive, Orangeburg, South Carolina 29115, in order to seize and inventory personal property and to conduct a distraint sale of the seized property on said premises in satisfaction of unpaid federal tax, together with the Affidavit of Revenue Officer signed by Walter Hayes in support of such application; and the Court finding that there is probable cause to believe that property or rights to property belonging to Roy L. Hancock are subject to levy, including seizure and sale, by the United States, pursuant to I.R.C. §§ 6331 and 6335, and that such property or rights to property are located on or within the premises described; and this Court having jurisdiction pursuant to I.R.C. § 7402(a);

IT IS HEREBY ORDERED AND DECREED that IRS Revenue Officer Walter Hayes and/or other designated employees of the IRS are hereby authorized to enter the premises located at 247 Benchwood Drive, Orangeburg, South Carolina 29115, for the purposes of searching for, seizing and inventorying the property of Roy L. Hancock, as set forth in the Affidavit or otherwise authorized by I.R.C. § 6331, and to re-enter the premises described as is reasonably necessary for the

accomplishment of said purposes, as well as for the further purpose of conducting a distraint sale of the seized property, pursuant to I.R.C. §§ 6331 and 6335.  In making such searches, seizures, or inventories of property and in conducting such distraint sale or sales as may be reasonably required pursuant to this Order, such revenue officers are directed to enter the described premises only during normal business hours.

     AND IT IS SO ORDERED.

                                s/J. Michelle Childs
                                J. MICHELLE CHILDS
                                UNITED STATES DISTRICT JUDGE

Greenville, South Carolina
August 21, 2013